Ronald L. Richman, SBN 139189
Susan J. Olson, SBN 152467
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701
E-Mail: ron.richman@bullivant.com
E-Mail: susan.olson@bullivant.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CEMENT MASONS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE CEMENT MASONS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE CEMENT MASONS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; AND BOARD OF TRUSTEES OF THE CEMENT MASONS TRAINING TRUST FUND FOR NORTHERN CALIFORNIA, <br><br> Plaintiffs, <br><br> v. <br><br> C AND C CONCRETE, INC. a California corporation and JOSE R. HERRERA, JR., an individual, <br><br> Defendant. | Case No.: C 10-3343 LB <br><br> **STATEMENT IN LIEU OF CASE MANAGEMENT CONFERENCE; ORDER THEREON** |

## **STATEMENT**

Plaintiffs filed their Complaint for Breach of Collective Bargaining Agreement, To Recover Unpaid Trust Fund Contributions, for Breach of Fiduciary Duty and for a Mandatory Injunction ("Complaint") on July 29, 2010, seeking to recover past due employee fringe benefit contributions on behalf of C and C Concrete, Inc.'s covered employees.

– 1 –
STATEMENT IN LIEU OF CASE MANAGEMENT CONFERENCE; ORDER THEREON

Defendants were served on August 6, 2010. Defendants failed to file a responsive pleading. On September 3, 2010 Plaintiffs filed their Request For Clerk's Entry of Default. On September 8, 2010 The Request for Clerk's Entry of Default was granted.

Recently, Defendants have been in direct negotiations with the Plaintiffs in an attempt to resolve the matter prior to further litigation. Plaintiffs respectfully request that this Court allow the parties an additional 30 days to attempt to settle the case.

Based on the above, Plaintiffs respectfully request that this Court continue the Case Management Conference for 30 days at which time either Plaintiffs can report to the Court that the case is settled or Plaintiffs will file their Motion for Default Judgment.

DATED: November 10, 2010

                                            BULLIVANT HOUSER BAILEY PC

                                        By  _____
                                              Ronald L. Richman
                                              Susan J. Olson

                                              Attorneys for Plaintiffs

## ORDER

Pursuant to Plaintiffs' request and good cause appearing:

IT IS HEREBY ORDERED that the Case Management Conference be continued to January 13, 2011, Courtroom 4, Oakland at 1:30 p.m.  The parties shall file a Joint CMC Statement by 1/6/11.

DATED: November 10, 2010

                                        By  _____
                                          HON. LAUREL BEELER
                                          UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED.*
*Judge Laurel Beeler*