Ronald L. Richman, SBN 139189
Susan J. Olson, SBN 152467
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701
E-Mail: ron.richman@bullivant.com
E-Mail: susan.olson@bullivant.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CEMENT MASONS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE CEMENT MASONS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE CEMENT MASONS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; AND BOARD OF TRUSTEES OF THE CEMENT MASONS TRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>C AND C CONCRETE, INC. a California corporation and JOSE R. HERRERA, JR., an individual,<br><br>Defendant. | Case No.: C 10-3343 LB<br><br>**STATEMENT IN LIEU OF CASE MANAGEMENT CONFERENCE; ORDER THEREON**<br><br>Date:     January 13, 2011<br>Time:    1:30 p.m.<br>Ctroom:  4, Oakland<br>         Hon. Laurel Beeler |

## STATEMENT

Plaintiffs filed their Complaint for Breach of Collective Bargaining Agreement, To Recover Unpaid Trust Fund Contributions, for Breach of Fiduciary Duty and for a Mandatory Injunction ("Complaint") on July 29, 2010, seeking to recover past due employee fringe benefit contributions on behalf of C and C Concrete, Inc.'s covered employees.

– 1 –
STATEMENT IN LIEU OF CASE MANAGEMENT CONFERENCE; ORDER THEREON

Defendants were served on August 6, 2010. Defendants failed to file a responsive pleading. On September 3, 2010 Plaintiffs filed their Request For Clerk's Entry of Default. On September 8, 2010 The Request for Clerk's Entry of Default was granted.

Defendants and Plaintiffs are still in direct negotiations in an attempt to resolve the matter prior to further litigation. Plaintiffs respectfully request that this Court allow the parties an additional 30 days to attempt to settle the case.

Based on the above, Plaintiffs respectfully request that this Court continue the Case Management Conference for 30 days at which time either Plaintiffs can report to the Court that the case is settled or Plaintiffs will file their Motion for Default Judgment.

DATED: January 5, 2011

                                BULLIVANT HOUSER BAILEY PC

                                By _____
                                    Ronald L. Richman
                                    Susan J. Olson

                                Attorneys for Plaintiffs

### ORDER

Pursuant to Plaintiffs' request and good cause appearing:

IT IS HEREBY ORDERED that the Case Management Conference be continued to March 10, 2011, Courtroom 4, Oakland at 1:30 p.m. The parties shall file a joint CMC statement no later than 7 days prior to the continued case management conference.

DATED: January 6, 2011

                                By _____
                                   HON. LAUREL BEELER
                                   UNITED STATES DISTRICT JUDGE