**UNITED STATES DISTRICT COURT**
For the Northern District of California

1

2

3

4

5

6

7

8                          UNITED STATES  DISTRICT COURT

9                          Northern District of California

10                               Oakland Division

11   BOARD OF TRUSTEES OF THE CEMENT                    No. C 10-03343 LB
     MASONS HEALTH AND WELFARE
12   TRUST FUND FOR NORTHERN
     CALIFORNIA, *et al.*,
13
                         Plaintiffs,
14          v.

15   C AND C CONCRETE INC., *et al.*,

16                       Defendants.
     _____
17
     BOARD OF TRUSTEES OF THE                           No. C 10-03344 LB
18   LABORERS HEALTH AND WELFARE
     TRUST FUND FOR NORTHERN                            **ORDER TO SHOW CAUSE**
19   CALIFORNIA, *et al.*,

20                       Plaintiffs,
            v.
21
     C AND C CONCRETE INC., *et al.*,
22
                         Defendants.
23   _____/

24

25       Plaintiffs in the above captioned cases filed motions for default judgment and noticed the

26   motions for hearings on the court's calendar for March 17, 2011 at 11:00 a.m.  No. C 10-03343 LB,

27   ECF No. 14; No. C 10-03344 LB, ECF No. 14.  Plaintiffs' counsel did not appear at the hearing.

28   Accordingly, either Ronald L. Richman or Susan J. Olson, counsel for Plaintiffs in these cases, is

     C 10-03343 LB; C 10-03344 LB
     ORDER TO SHOW CAUSE

1    ordered to appear in Courtroom 4, 3rd Floor, located at 1301 Clay Street, Oakland, California on

2    March 31, 2011 at 11:00 a.m. to show cause why this action should not be dismissed for counsels'

3    failure to appear at the hearing on their motions for default judgment.  Plaintiffs' counsel should also

4    be prepared to discuss the merits of their motions for default judgment in the above captioned cases

5    at the March 31, 2011 hearing.

6        **IT IS SO ORDERED.**

7    Dated: March 18, 2011

8                                             _____
                                             LAUREL BEELER
                                             United States Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

C 10-03343 LB; C 10-03344 LB
ORDER TO SHOW CAUSE
                                             2