1  Ronald L. Richman, SBN 139189
   Susan J. Olson, SBN 152467
2  BULLIVANT HOUSER BAILEY PC
   601 California Street, Suite 1800
3  San Francisco, California 94108
   Telephone: 415.352.2700
4  Facsimile: 415.352.2701
   E-Mail: ron.richman@bullivant.com
5  E-Mail: susan.olson@bullivant.com

6  Attorneys for Plaintiffs

7
                UNITED STATES DISTRICT COURT
8
                NORTHERN DISTRICT OF CALIFORNIA
9

10 | BOARD OF TRUSTEES OF THE CEMENT              | Case No.: C 10-3343 LB
   | MASONS HEALTH AND WELFARE TRUST              |
11 | FUND FOR NORTHERN CALIFORNIA;                | **STIPULATION TO VACATE CLERK'S**
   | BOARD OF TRUSTEES OF THE CEMENT              | **ENTRY OF DEFAULT; ORDER**
12 | MASONS VACATION-HOLIDAY TRUST                | **THEREON**
   | FUND FOR NORTHERN CALIFORNIA;                |
13 | BOARD OF TRUSTEES OF THE CEMENT              |
   | MASONS PENSION TRUST FUND FOR                |
14 | NORTHERN CALIFORNIA; AND BOARD               |
   | OF TRUSTEES OF THE CEMENT MASONS             |
15 | TRAINING TRUST FUND FOR NORTHERN             |
   | CALIFORNIA,                                  |
16 |                                              |
   |            Plaintiffs,                       |
17 |                                              |
   |     v.                                       |
18 |                                              |
   | C AND C CONCRETE, INC. a California          |
19 | corporation and JOSE R. HERRERA, JR., an     |
   | individual,                                  |
20 |                                              |
   |            Defendant.                        |
21

22                          STIPULATION

23      IT IS HEREBY STIPULATED by and between Plaintiffs, on the one hand, and

24 Defendants, on the other hand, through their respective counsel, that the Clerk's Entry of

25 ///

26 ///

27

28

                                    – 1 –
        STIPULATION TO VACATE CLERK'S ENTRY OF DEFAULT; ORDER THEREON

1
2 | Default filed on August 17, 2011 be vacated because Defendants have filed their Answer.
3 | DATED: August 24, 2011
4 |                                  BULLIVANT HOUSER BAILEY PC
5
6 |                                  By /s/
7 |                                  Ronald L. Richman
                                 Susan J. Olson
8 |                                  Attorneys for Plaintiffs
9
10 | DATED: August 24, 2011
11 |                                  LAW OFFICE OF SCOTT L. WOODALL
12
13 |                                  By /s/
                                 Scott L. Woodall
14 |                                  Attorneys for Defendants
15
16 |                            **ORDER**
17 | Pursuant to the parties' Stipulation and good cause appearing:
18 | IT IS HEREBY ORDERED that the Clerk's Entry of Default entered on August 17, 2011 is hereby vacated.
19 |              August 31, 2011
20 | DATED: August 25, 2011
21 |                                  By
22 |                                  HON. LAUREL BEELER
                                 UNITED STATES MAGISTRATE JUDGE

25 | 13504069.1