UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CEMENT MASONS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA et al.,<br><br>Plaintiffs,<br><br>v.<br><br>C & C CONCRETE, INC., et al.,<br><br>Defendants. | No. C 10-03343 LB<br><br>**ORDER VACATING PRETRIAL CONFERENCE AND TRIAL DATES AND SETTING FURTHER CASE MANAGEMENT CONFERENCE**<br><br>[Re: ECF Nos. 70, 74] |

On July 31, 2012, Plaintiff dismissed defendant Jose Herrera from this action. ECF No. 70. On September 2012, the court struck defendant C & C Concrete, Inc.'s ("C & C Concrete") answer and invited Plaintiffs to seek C & C Concrete's default and to proceed with a motion for default judgment. ECF No. 74. In light of these developments, the court **VACATES** the current pretrial conference and trial dates (September 27, 2012 and October 9, 2012, respectively), and **SETS** a Further Case Management Conference for December 13, 2012 at 10:30 a.m. in Courtroom C, 15th Floor, United States District Court, 450 Golden Gate Avenue, San Francisco, California, 94102.

**IT IS SO ORDERED.**

Dated: September 20, 2012                    _____
                                                                    LAUREL BEELER
                                                                    United States Magistrate Judge

C 10-03343 LB
ORDER